■ NANCY PEPE, an Infant, by Her Guardian ad Litem, SALVATORE PEPE, et al., Respondents, v. ABBOTT DAIRIES, INC., et al., Appellants.— Motion by respondents to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the September Term, beginning September 6, 1961; appeals ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARNES, Appellant.— Motion by appellant for further reconsideration of his motion for assigned counsel denied. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THORINGTON BONEY, Defendant.— Motion by defendant to dispense with printing and for other relief, dismissed. There is no appeal by defendant now pending; a timely notice of appeal from the judgment of conviction was not filed. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RODNEY NORELL BYRNES, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel, denied. Cross motion by respondent to dismiss appeal on the ground that it was not timely taken, denied, without prejudice to renewal. The papers submitted do not disclose all the facts bearing upon the timeliness of the appeal. Hence, we cannot presently determine whether the appeal was taken within the time prescribed by law (Code Crim. Pro., § 521). Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ANTHONY CIAVARELLI, Appellant.— Motion by defendant for reconsideration or reargument of his appeal denied. If so advised, defendant may make application to the County Court of Westchester County to be sentenced for the crimes for which he was convicted under Indictment No. 17,384. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CENDER, Appellant.— Motion by appellant to further enlarge his time to perfect the appeal, granted; time enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.